IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BERNARD IKECHUKWEL ONYEUKWU,

    Petitioner,

  v.

Case No. 16-cv-697-wmc

PAUL KEMPER, Warden,
Racine Correctional Institution

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent Paul Kemper denying Bernard Ikechukwel Onyeukwu's petition for a writ of habeas corpus dismissing this case.

| /s/ | 4/27/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |